# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Cr. No. 04-269-16 |
| **DEREK RUSSELL** | : | |

AND NOW, this 21st day of July, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

## ORDERED

that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

HON. MARY A. McLAUGHLIN
**United States District Court Judge**