IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 04-269-16 |
| DEREK RUSSELL | : | |

## ORDER

**AND NOW**, this 30th day of September 2019, upon considering Derek Russell's Motion for reduction of sentence under the First Step Act and Motion for reconsideration (ECF Doc. Nos. 1191, 1198, 1204, 1205), the United States' Response (ECF Doc. No 1213), Defendant's Reply (ECF Doc. No. 1214), following extensive oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** the Motion for reduction or reconsideration of sentence (ECF Doc. Nos. 1191, 1198, 1204, 1205) is **DENIED**.

KEARNEY, J.