IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 04-269-16 |
| | : | |
| DEREK RUSSELL | : | |

## ORDER

**AND NOW**, this 29th day of June 2022, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 1243), Defendant's Motion to appoint counsel (ECF Doc. No. 1242), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 1243) and Motion to appoint counsel (ECF Doc. No. 1242) are **DENIED**.

KEARNEY, J.