IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 04-269-16** |
| | : | |
| **DEREK RUSSELL** | : | |

# ORDER

**AND NOW**, this 20th day of December 2024, upon considering Defendant's Motion for compassionate release (ECF 1287), the United States' Response (ECF 1289), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF 1287) is **DENIED**.

**KEARNEY, J.**